MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
mwelsh@lvlaw.com   L.finchio@nevlaw.com
*Attorneys for Defendant YESCO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN ALLIANCE BANK, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE BUTORAC, individually and as trustee of The Butorac Living Trust Dated November 15, 2004; NORTH VALLEY PROPERTIES LLC, a Nevada limited liability company; YOUNG ELECTRIC SIGN COMPANY, a Utah corporation; DOES I-X; and ROES I-X,<br><br>Defendants. | Case No.: 2:17-cv-01090-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and IA 6-2, counsel for the parties hereby stipulate to a brief extension of time, to June 12, 2017, to allow Defendant Young Electric Sign Company ("YESCO") to file a response to Plaintiff's First Amended Complaint [ECF No. 4]. The parties currently are engaging in settlement discussions and seek the requested brief extension of time in hopes that they may resolve this dispute without the need to spend additional resources on litigation. This is the first request for an extension of time to respond to the First Amended Complaint. Defendants' response originally was due on or about June 1, 2017.

The First Amended Complaint was filed on or about May 3, 2017. YESCO's counsel accepted service of the First Amended Complaint on May 11, 2017.

Dated: May 25, 2017                                Dated: May 25, 2017

LAW OFFICE OF HAYES & WELSH              HOLLAND & HART LLP

 /s/ Martin L. Welsh                                  /s/ Joseph G. Went
MARTIN L. WELSH, ESQ.                      JOSEPH G. WENT, ESQ.
Nevada Bar No. 8720                            Nevada Bar No. 9220
199 North Arroyo Grande Blvd., Suite 200   LANCE C. EARL, ESQ.
Henderson, Nevada 89074                        Nevada Bar No. 2695
*Attorneys for Defendant YESCO*                9555 Hillwood Drive, 2nd Floor
                                                Las Vegas, Nevada 89134
                                                *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 5-25-2017