MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
mwelsh@lvlaw.com   L.finchio@nevlaw.com
*Attorneys for Defendant YESCO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN ALLIANCE BANK, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE BUTORAC, individually and as trustee of The Butorac Living Trust Dated November 15, 2004; NORTH VALLEY PROPERTIES LLC, a Nevada limited liability company; YOUNG ELECTRIC SIGN COMPANY, a Utah corporation; DOES I-X; and ROES I-X,<br><br>Defendants. | Case No.: 2:17-cv-01090-APG-VCF<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1 and IA 6-2, counsel for the parties hereby stipulate to a second brief extension of time, to June 22, 2017, to allow Defendant Young Electric Sign Company ("YESCO") to file a response to Plaintiff's First Amended Complaint [ECF No. 4]. The parties have been actively engaged in settlement discussions for several weeks, remain optimistic that they will be able to reach a settlement agreement, and seek the requested additional brief extension of time in hopes that they may resolve this dispute without the need to spend additional resources on litigation. This is the second request for an extension of time to respond to the First Amended Complaint. Defendants' response currently is due June 12, 2017.

The First Amended Complaint was filed on or about May 3, 2017. YESCO's counsel accepted service of the First Amended Complaint on May 11, 2017. A *Stipulation and Order for Extension of Time to Respond to the First Amended Complaint (First Request)* was filed by the parties and signed by the Court on May 25, 2017.

Dated: June 8, 2017

LAW OFFICE OF HAYES & WELSH

 /s/ Martin L. Welsh
MARTIN L. WELSH, ESQ.
Nevada Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
*Attorneys for Defendant YESCO*

Dated: June 8, 2017

HOLLAND & HART LLP

 /s/ Joseph G. Went
JOSEPH G. WENT, ESQ.
Nevada Bar No. 9220
LANCE C. EARL, ESQ.
Nevada Bar No. 2695
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 6-8-2017